UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '21 MJ2561 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8 U.S.C. Section |
| ) | 1324(a)(2)(B)(iii)- |
| Adamari CORTEZ-Torres, ) | Bringing in Unlawful Alien(s) |
| ) | Without Presentation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about June 22, 2021, within the Southern District of California, Defendant, Adamari CORTEZ-Torres, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, Marcela TORRALVA-Cruz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on June 23rd, 2021.

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Marcela TORRALVA-Cruz is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 22, 2021, at approximately 9:35 P.M., Adamari CORTEZ-Torres (Defendant) applied for admission into the United States from Mexico through vehicle primary inspection lanes at the Otay Mesa, California Port of Entry as the driver of a 2013 Acura ILX bearing Mexican Baja California plates. Defendant was accompanied by her minor brother. Upon pre-primary inspection before a Customs and Border Protection (CBP) Officer, Defendant presented a state of California identification for her and her brother. Defendant stated she was going to National City, California with nothing to declare from Mexico. Defendant stated she was going to drop off her brother in National City then go to work in Mira Mesa. The CBP Officer again asked Defendant if she was bringing anything back from Mexico and she stated "nothing".

The CBP Officer elected to inspect the trunk area of the vehicle and discovered a person hidden in a non-factory built compartment within the trunk. Assistance was requested over radio communications with other CBP Officers responding. Defendant was immediately secured and referred to secondary pending further investigation and the vehicle was driven into secondary for further inspection.

In secondary, CBP Officers extracted one female from within a false wall located between the rear seats and a speaker box in the trunk area. The female was later identified as Marcela TORRALVA-Cruz (Material Witness), determined to be a national and citizen of Mexico, with no entitlements to enter, pass through or reside in the United States and is now held as a Material Witness.

Defendant was advised of her Miranda Rights and elected to give a statement. Defendant denied knowledge or involvement that a person was hidden in the vehicle she was driving. Defendant stated she had taken her vehicle earlier in the day to have the brakes fixed. Defendant stated she was going to drop off her brother at her mother's house and then go to work. Defendant stated the vehicle belongs to her step-mother, but she is the vehicle's daily operator.

Material Witness admitted to being a citizen of Mexico, with no legal documents to enter the United States. Material Witness admitted that she made her own smuggling arrangement to be smuggled into the United States for an unknown payment to the smugglers. Material Witness stated her final destination of Los Angeles, California to reside and seek employment.